AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00066 |
| | ) Assigned to: Judge Meriweather, Robin M. |
| Joseph Fisher | ) Assign Date: 3/27/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Joseph Fisher                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employee
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the Capitol Grounds or Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, demonstrating, or picketing in any of the Capitol Buildings

Date:        03/27/2023                                                                    *Robin M. Meriweather*    2023.03.27
                                                                                                    12:11:04 -04'00'
                                                                                      *Judge's signature*

City and state:        Washington, D.C.                          Robin M. Meriweather, U.S. Magistrate Judge
                                                                              *Printed name and title*

### Return

This warrant was received on *(date)*   3/27/2023  , and the person was arrested on *(date)*   3/30/2023
at *(city and state)*   Plymouth, MA              .

Date:   3/30/23                                                        *Casey Biagiotti*
                                                                              *Arresting officer's signature*

                                                              Casey Biagiotti  special agent
                                                                              *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Joseph Fisher<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00066<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 3/27/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Joseph Fisher                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employee
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the Capitol Grounds or Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, demonstrating, or picketing in any of the Capitol Buildings

Date:         03/27/2023                                          _____
                                                                                    *Judge's signature*

2023.03.27
12:11:04 -04'00'

City and state:            Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                          _____<br>                                                                         *Arresting officer's signature*<br><br>                                                                         _____<br>                                                                         *Printed name and title* |

4

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Joseph Fisher<br><br>_____<br>*Defendant(s)* | ) Case: 1:23-mj-00066<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 3/27/2023<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____United States_____ in the _____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder |
| 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the Capitol Grounds or Capitol Buildings |
| 40 U.S.C. § 5104(e)(2)(G)- Parading, demonstrating, or picketing in any of the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Casey Biagiotti, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____03/27/2023_____

2023.03.27
12:09:10 -04'00'
_____
*Judge's signature*

City and state: _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case 1:23-mj-00066-RMM  Document 1-1  Filed

Case: 1:23-mj-00066
Assigned to: Judge Meriweather, Robin M.
Assign Date: 3/27/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Casey Biagiotti, is a Special Agent assigned to the Joint Terrorism Task Force ("JTTF") of the Boston division of the Federal Bureau of Investigation ("FBI"). In my duties as a Special Agent, I have participated in criminal investigations relating to violent crime and counterterrorism, specifically domestic terrorism. Through my training and experience, I am familiar with the strategy, tactics, methods, ideology and practices of domestic terrorism and anti-government extremists. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**IDENTIFICATION OF JOSEPH ROBERT FISHER**

1.      On April 12, 2022, FBI San Antonio provided FBI Boston with images and video footage of an unknown male wearing a beanie with the logos of several Boston sports teams unlawfully present in the U.S. Capitol, engaged in a physical altercation with a U.S. Capitol Police Officer. The referenced images and video footage were found via open-source searches and publicly-available footage.

2.      Information obtained by the FBI on Joseph Robert Fisher, DOB; XX/XX/1971, indicated prior employment in the Boston Police Department as a Boston Police Officer. Investigators obtained a Massachusetts driver's license photograph of Fisher and displayed it along with the images and videos of Fisher inside the restricted perimeter of the U.S. Capitol (see ¶ 41) to a current Boston Police Officer ("Witness 1"). Witness 1 positively identified the driver's license photograph and the individual inside the restricted perimeter of the U.S. Capitol as Joseph Fisher. Witness 1 is familiar with Fisher based upon prior professional interactions and has known Fisher for more than five years.

3.      Further checks on Fisher identified telephone phone number, XXX-XXX-6808 ("6808") as belonging to Fisher. According to records obtained through a search warrant which was served on AT&T on January 6, 2021, in and around the time of the incident, telephone number 6808 was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building. Additionally, telephone number 6808 was queried through SPLUNK's U.S. Capitol geofence database which positively

identified telephone number 6808, IMEI 3532570744718443[1], which is an Apple iPhone 6s, as being inside of the U.S. Capitol on January 6, 2021.

4.    According to records obtained through a subpoena served on AT&T, subscriber information for telephone number 6808, IMEI 3532570744718443, lists Joseph R Fisher as the account owner, with a service start date of 11/04/2015. Joseph R Fisher was the subscriber for telephone number 6808 on January 6, 2021.

5.    Your affiant is also familiar with Fisher's appearance from reviewing his image from Massachusetts Department of Motor Vehicles records and open-source images.

6.    As seen in the below referenced images, the center photo is a license photo of Fisher. Your affiant compared the photo from Fisher's driver's license to the two images of Fisher on the left which depict Fisher in the area of the Washington Monument, and the two images of Fisher on the right which depict Fisher on the exterior of the Senate Wing Door on the North side of the U.S. Capitol. Your affiant believes all photos referenced below depict the same individual, Joseph Robert Fisher.



---

[1] An IMEI is a 15-17 digit code given by service providers to uniquely identify a specific device.

7.      Investigators reviewed both open-source media and CCTV video footage of the events that took place in the U.S. Capitol on January 6, 2021.

8.      In the morning of January 6, 2021, Fisher attended the former President's rally on the national mall in Washington, D.C. As can be seen from the still frames below, which were taken from the YouTube clip, "Early morning Washington Monument Save America March Trump 1.6.20 DC" which has since been removed, Fisher is observed standing in the crowd in the area of the Washington Monument. **(Images 1-3).** Fisher is wearing a red-colored North Face jacket, glasses, and a dark beanie with the logos of several Boston sports teams on the front. Also visible is a light brown/yellow on the exterior and black on the interior, colored hood.



**Image 1**



**Image 2**                                    **Image 3**

**Image 5**                    **Image 6**

9.        On January 6, 2021, Fisher is present on the exterior of the Senate Wing Door on

the North Side of the U.S. Capitol Building. Fisher is wearing the same red North Face jacket,

glasses, and a dark beanie. **(Images 4-6).**



**Image 4**

 

**Image 5**                    **Image 6**

10.     Based on CCTV footage obtained from the Capitol Police, Fisher entered the U.S.

Capitol at approximately 2:24 P.M. via the Senate Wing Door on the North side of the U.S. Capitol.

**(Images 7, 8).**



**Image 7**                    **Image 8**

11.      From the Senate Wing Door, Fisher walked to the Crypt, entering at approximately

2:26 PM. Fisher appeared to take out his phone and record photos or videos. **(Image 9).**



**Image 9**

12. From the Crypt, Fisher entered the East Crypt Lobby at approximately 2:29 PM. **(Image 10).** Immediately prior to Fisher entering the East Crypt Lobby, rioters breached the door depicted in the still frame image.



**Image 10**

13. From the East Crypt Lobby, Fisher entered the Upper Orientation Lobby of the Capitol Visitor's Center at approximately 2:35 PM. **(Images 11, 12).**

 

**Image 11**                **Image 12**

14. According to U.S. Capitol Police CCTV footage, Fisher entered the House side of the Capitol Visitor Center's Orientation Lobby at approximately 2:37 PM. At approximately 2:38 PM, Fisher approached the cement pillars on the right side. At around this time, a physical

altercation began between rioters and U.S. Capitol Police Officers. Another rioter sprayed a chemical irritant (such as pepper spray or mace) at the U.S. Capitol Police Officers. A U.S. Capitol Police Officer, ("the Victim") wearing a bright yellow vest, began to pursue the rioter who deployed the pepper spray down the right side of the hallway. At approximately 2:39 PM, Fisher pushed a chair into the Victim as the Victim was running. **(Image 13).**



**Image 13**

15.    At approximately 2:40 PM, Fisher engaged in a physical assault against the Victim, which ended with Fisher on the ground and out of the camera frame. **(Image 14).**



**Image 14**

16.     Investigators verified with the U.S. Capitol Police that the Victim physically assaulted by Fisher is a U.S. Capitol Police officer and obtained the Victim's identity. Investigators subsequently interviewed the Victim, who positively identified himself as the officer in the yellow vest, and recalled being hit with a chair. At the time of the interview, the Victim was unable to recall who had hit him with the chair or the specifics of the altercation with Fisher.

17.     At approximately 2:42 PM, Fisher exited the U.S. Capitol via the Senate Wing Door on the North side of the Capitol. **(Image 15).**



**Image 15**

18.     Based on the foregoing, your affiant submits that there is probable cause to believe that Joseph Robert Fisher violated 18 U.S.C. § 1752(a)(1), (2), and (4), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

16

19.     Your affiant submits there is also probable cause to believe that Fisher violated 40 U.S.C. § 5104(e)(2)(D), (F), and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

20.     Your affiant submits there is probable cause to believe that Fisher violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

21.     Finally, based on the foregoing, your affiant submits that there is probable cause to believe that Joseph Fisher violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties.

_____
Casey Biagiotti
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone, this ____27th____ day of March 2023.

2023.03.27
12:27:38 -04'00'
_____
HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 23-mj-1160-DLC |
| Joseph Fisher | ) |
| _____ | ) Charging District's Case No. |
| Defendant | ) 23-mj-00066 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

District of Columbia                                    .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and ~~production of the warrant.~~

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:     3/30/23                        _____
                                                      *Defendant's signature*

                                                      _____
                                                      *Signature of defendant's attorney*

                                                      Joshua Hanye
                                                      *Printed name of defendant's attorney*

20

AO 199A (Rev. 06/19) Order Setting Conditions of Release | Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Joseph Fisher | ) | Case No.  1:23-mj-1160-DLC |
| | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   Zoom Hearing _____
_Place_

US MAGISTRATE JUDGE ROBIN M. MERIWEATHER (RMM) _____

on _____4/6/2023 1:00 pm_____
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____

            *Custodian*         *Date*

( ☑ ) (7) The defendant must:

( ☑ ) (a) submit to supervision by and report for supervision to the   US Probation and Pretrial Services ,

telephone number _____, no later than   as directed .

( ☐ ) (b) continue or actively seek employment.

( ☐ ) (c) continue or start an education program.

( ☑ ) (d) surrender any passport to:   US Probation and Pretrial Services - if you have an active passport.

( ☑ ) (e) not obtain a passport or other international travel document.

( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel:   You need to let US Probation know and receive approval before travel

( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   but not limited to co defendants.

( ☐ ) (h) get medical or psychiatric treatment: _____

( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ☑ ) (k) not possess a firearm, destructive device, or other weapon.

( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.

( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.   You are not allowed to use Marijuana.

( ☑ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

 ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

 ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

 ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or

 ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
  **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed: _____

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
( ☐ ) (ii)  Voice Recognition; or
( ☐ ) (iii) Radio Frequency; or
( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. **(Report within 24 hours)**

( ☑ ) (t)

Stay away from Washington D.C. except for court or meetings with attorney.

Report any contact with law enforcement in their official capacity within 24 hours. Contact with wife, who is a Boston Police officer, is excluded.

Lawfully remove all firearms from residence.

Participate in a mental health treatment program as directed and comply with all of the rules of such program.

AO 199C (Rev. 09/08) Advice of Penalties

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____3/30/2023_____

/s/ Donald L. Cabell
_____
*Judicial Officer's Signature*

Donald L. Cabell, US Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:  COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

24

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:23−mj−01160−DLC−1

Case title: USA v. Fisher

Date Filed: 03/30/2023

Date Terminated: 03/30/2023

---

Assigned to: Magistrate Judge
Donald L. Cabell

**Defendant (1)**

| | | |
|---|---|---|
| **Joseph Fisher**<br>*TERMINATED: 03/30/2023* | represented by | **Aziza Hawthorne**<br>Federal Public Defender Office<br>District of Massachusetts<br>51 Sleeper Street<br>5th Floor<br>Boston, MA 02210<br>617−223−8061<br>Email: aziza_hawthorne@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 12:95.M | |

**Plaintiff**

1

**USA**                     represented by  **Charles Dell'Anno**
                                            United States Attorney's Office MA
                                            1 Courthouse Way
                                            Suite 9200
                                            Boston, MA 02210
                                            617–748–3161
                                            Email: charles.dell'anno@usdoj.gov
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*
                                            *Designation: Assistant US Attorney*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2023 | 1 | ELECTRONIC NOTICE of Case Assignment as to Joseph Fisher; Magistrate Judge Donald L. Cabell assigned to case. (Finn, Mary) (Entered: 03/30/2023) |
| 03/30/2023 |  | Arrest (Rule 5) of Joseph Fisher (Russo, Noreen) (Entered: 03/30/2023) |
| 03/30/2023 | 2 | Rule 5(c)(3) Documents Received as to Joseph Fisher (Russo, Noreen) (Entered: 03/30/2023) |
|  |  | *Main Document* |
|  |  | Attachment # 1 *Supplement* |
|  |  | Attachment # 2 *Supplement* |
| 03/30/2023 | 3 | ELECTRONIC NOTICE OF HEARING for Initial Appearance as to Joseph Fisher. Initial Appearance – Rule 5 set for 3/30/2023 at 01:00 PM in Courtroom 23 (In person only) before Magistrate Judge Donald L. Cabell. (Russo, Noreen) (Entered: 03/30/2023) |
| 03/30/2023 | 4 | RULE 5 AFFIDAVIT by USA as to Joseph Fisher by Affiant Brian Gutierrez (Russo, Noreen) (Entered: 03/30/2023) |
| 03/30/2023 | 5 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Donald L. Cabell: Initial Appearance in Rule 5(c)(3) Proceedings as to Joseph Fisher held on 3/30/2023. The court informs the def't of the reason for this arrest and the charges against him out of the District of Columbia. The court informs the def't of his rights. Upon review of the financial affidavit the court will appoint FD Hawthorne. The gov't states the maximum penalties but is not moving for detention. The def't waives his right to an identity hearing. The def't is released on conditions and ordered to appear by zoom hearing on 4/6/23 at 1:00 PM before Magistrate Judge Robin Meriweather. (Attorneys present: DellAnno, Hawthorne, Sousa USPO. )Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please contact the Clerk's office by email at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Clerk's Office by email at mad_transcripts@mad.uscourts.gov. (Russo, Noreen) (Entered: 03/30/2023) |
| 03/30/2023 | 7 | WAIVER of Rule 5 and 5.1 Hearings by Joseph Fisher (Russo, Noreen) (Entered: 03/30/2023) |

| 03/30/2023 | 8 | Magistrate Judge Donald L. Cabell: ORDER entered. ORDER Setting Conditions of Release as to Joseph Fisher. (Russo, Noreen) (Entered: 03/30/2023) |
|---|---|---|
| 03/30/2023 | 9 | Magistrate Judge Donald L. Cabell: ELECTRONIC ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5 as to Joseph Fisher.<br><br>In compliance with the Due Process Protections Act, the Court issues the following Order.<br><br>Consistent with *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant. This information includes, but is not limited to, evidence that is material and is favorable to the accused. Specific categories of exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court. (Russo, Noreen) (Entered: 03/31/2023) |
| 03/30/2023 | 10 | Magistrate Judge Donald L. Cabell: ORDER entered. ORDER OF REMOVAL to District of District of Columbia as to Joseph Fisher (Russo, Noreen) (Entered: 03/31/2023) |

3