UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 23-mj-00066-RMM |
| JOSEPH FISHER, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT AND MOTION
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and defense counsel for Joseph Fisher hereby jointly update the Court and request that the status hearing currently scheduled for June 13, 2023 be continued approximately 60 days to a date between August 9 and 17, 2023 so that the defendant can continue to review the discovery and the parties can continue to engage in negotiations that could lead to a resolution. The parties also jointly move to continue the time within which an indictment or information must be filed and exclude the period from June 13, 2023 through the next requested status hearing from the calculations of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).    The parties continue to work toward resolving the case short of trial, and the government continues to provide discovery that defense counsel continues to review in determining the best path forward. The defendant seeks additional time to present the government with a proposed resolution and supporting documentation.

In addition, due to the number of individuals currently charged across the investigation into the events of January 6, 2021, and the nature of those charges, the ongoing investigation of many other individuals, the volume and nature of potentially discoverable materials, and the reasonable

time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

The parties have conferred and thus jointly move the Court to continue the status hearing approximately 60 days to date between August 9 and 17, 2023 and to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between June 13, 2023 and the next status hearing.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  DC Bar No. 481052

By:    */s/ Shalin Nohria*
        Shalin Nohria
        Assistant United States Attorney
        D.C. Bar No. 1644392
        United States Attorney's Office
        601 D St. NW, 6.713
        Washington, D.C.,
        202-344-5763
        shalin.nohria@usdoj.gov

                              JOSEPH FISHER
                              Defendant

By:    */s/ Joshua Hanye*
        Joshua Hanye
        Assistant Federal Defender
        Massachusetts Bar No. 661686
        Federal Defender Office
        51 Sleeper Street
        Boston, MA 02210
        617-223-8061
        Joshua_Hanye@fd.org

## Certificate of Service

I hereby certify that this document was sent electronically to those registered through ECF on June 5, 2023.

                              */s/ Joshua R. Hanye*
                              Joshua R. Hanye