**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 23-mj-66** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH FISHER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to a Joint Status Report and Motion to Exclude Time Under the Speedy Trial Act (Dkt. No. 13), and upon consideration of the entire record, it is hereby:

ORDERED that the complaint and previous order of pre-trial release with conditions of supervised release remain in full force and effect; it is further

ORDERED that the Motion is GRANTED; it is further

ORDERED that the status hearing scheduled for June 13, 2023, is continued until August 10, 2023, at 1 PM before United States Magistrate Judge Moxila A. Upadhyaya; and it is further

ORDERED that the period of time between June 13, 2023, and August 10, 2023, shall be excluded from computing time under the Speedy Trial Act, including the time within which an information or indictment must be filed, because the ends of justice served by such a continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(1) & (h)(7). The Court finds that the parties are working in good faith towards a pretrial disposition of the case, and that delay is necessary for the parties to review discovery and work towards an agreement for pretrial disposition of the case.

**SO ORDERED.**

_____
HONORABLE MOXILA A. UPADHYAYA
United States Magistrate Judge